IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **PEDRO DE LA CRUZ and LARA DE LA CRUZ,** | § § § | |
| Plaintiffs, | § § | |
| v. | § | EP-05-CV-00375-KC |
| | § | |
| **WAL-MART STORES, INC. and NESTLE PREPARED FOODS CO.,** | § § § | |
| Defendants. | § | |

## ORDER

The parties recently notified this Court that they settled the above-captioned case. Accordingly, the Court **HEREBY DISMISSES** this case without costs and without prejudice to the rights of any party thereto to move within thirty (30) days thereafter to reopen if settlement has not, in fact, been consummated.

**SIGNED** on this 10th day of January 2007.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE