AO450 (Rev. 5/85) Judgment in a Civil Case

## UNITED STATES DISTRICT COURT

__WESTERN__ DISTRICT OF __TEXAS__

PEDRO DE LA CRUZ and LARA DE LA CRUZ

**JUDGMENT IN A CIVIL CASE**

v.

Case Number:  05-CV-375-KC

WAL-MART STORES, INC. and NESTLE PREPARED FOODS CO.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

consistent with this Court's Order filed on January 10, 2007, the above-captioned cause is hereby **DISMISSED** without prejudice.

January 10, 2007
Date

William G. Putnicki
Clerk

(By) Deputy Clerk