AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

|  WESTERN  | DISTRICT OF | TEXAS |

PEDRO DE LA CRUZ and LARA DE LA CRUZ

**JUDGMENT IN A CIVIL CASE**

v.

Case Number:   05-CV-375-KC

WAL-MART STORES, INC. and NESTLE
PREPARED FOODS CO.

☐ **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED
consistent with this Court's Order filed on February 22, 2007, the above-captioned cause is hereby **DISMISSED** with prejudice.

February 22, 2007
Date

William G. Putnicki
Clerk

By, Deputy Clerk